1012

## PIONEER COAL COMPANY, v. Elmer BUSH et al.
### No. 7522.

Circuit Court of Appeals, Sixth Circuit.
Oct. 6, 1938.

Cleon K. Calvert, of Pineville, Ky., for appellant.

Golden & Lay, of Pineville, Ky., for appellees.

Before HICKS, SIMONS, and HAMILTON, Circuit Judges.

PER CURIAM.

On this day the appellant, Pioneer Coal Company having filed its written motion to dismiss this appeal and the Court having considered same and being advised:

It is ordered that said motion be and it is filed; that it be and it is sustained; that this appeal, 16 F.Supp. 117, be and it is dismissed; and that it be stricken from the docket of this court.

## P. O. B. MANUFACTURING COMPANY, Inc., v. The OHIO RUBBER COMPANY.
### No. 8120.

Circuit Court of Appeals, Sixth Circuit.
Oct. 13, 1938.

Allen & Allen, of Cincinnati, Ohio, for appellant.

Kwis, Hudson & Kent, of Cleveland, Ohio, for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It appearing to the court that a motion to docket and dismiss this appeal has been filed, accompanied by certificate of the Clerk of the District Court as required by Rule 18; and it further appearing that appellant has failed to file the record or docket the case by or before the return day and that there has been no extension of time therefor; on consideration whereof, it is ordered that the appeal be and the same is docketed and dismissed.

## James Anderson PLOTNER v. Louise Strother SIMS.
### No. 1715.

Circuit Court of Appeals, Tenth Circuit.
Oct. 10, 1938.

Tom W. Campbell, of Little Rock, Ark., for appellant.

V. E. McInnis, of Oklahoma City, Okl., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed with prejudice, on motion of appellant at appellant's costs.

## Gertrude D. REED v. LINCOLN JOINT STOCK LAND BANK.
### No. 1783.

Circuit Court of Appeals, Tenth Circuit.
Oct. 10, 1938.

T. R. P. Stocker, of Lincoln, Neb., for appellant.

C. A. Sorensen, of Lincoln, Neb., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellee, at appellant's costs, for failure to prosecute.